IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

FILED
BILLINGS DIV.
2008 MAY 27 AM 10 09
PATRICK E. DUFFY
BY _____
DEPUTY CLERK

| | |
|---|---|
| RICHARD A. BROWN, ) | CV-07-84-BLG-RFC |
| Plaintiff, ) | |
| vs. ) | |
| ) | ORDER ADOPTING FINDINGS |
| ) | AND RECOMMENDATIONS OF |
| THE DEPARTMENT OF EDUCATION, ) | U.S. MAGISTRATE JUDGE |
| Defendant. ) | |

On April 30, 2008, United States Magistrate Judge Carolyn S. Ostby entered her Findings and Recommendation. Magistrate Judge Ostby recommends this Court dismiss Plaintiff's Complaint and Amended Complaint.

Upon service of a magistrate judge's findings and recommendation, a party has 10 days to file written objections. 28 U.S.C. § 636(b)(1). In this matter, no party filed objections to the April 30, 2008 Findings and Recommendation. Failure to object to a magistrate judge's findings and recommendation waives all objections to the findings of fact. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1999). However, failure to object does not relieve this Court of its burden to review de novo the magistrate judge's conclusions of law. *Barilla v. Ervin*, 886 F.2d 1514, 1518 (9th Cir. 1989).

After an extensive review of the record and applicable law, this Court finds Magistrate Judge Ostby's Findings and Recommendation are well grounded in law and fact and adopts them in their entirety.

1

Plaintiff needed to raise and prosecute all claims regarding the collection of his student loans debts in his first civil action, *see* Civil Action 05-CV-87-BLG-RFC. Plaintiff did not do so and as such, his claims raised in this case are barred by res judicata.

Accordingly, **IT IS HEREBY ORDERED** Plaintiff's Complaint (*Doc. 2*) and Amended Complaint (*Doc. 6*) is **DISMISSED.**

The Clerk of Court shall notify the parties of the making of this Order and close this case accordingly.

DATED the 27th day of May, 2008.

RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE